IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:23-cv-00084

| | |
|---|---|
| YVETTE M. WHITLEY, | ) |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF REMOVAL** |
| DVA HEALTHCARE RENAL INC.; and ADELE M. CURTIS, | ) |
| Defendants. | ) |

Defendants DVA Renal Healthcare, Inc. (improperly sued as DVA Healthcare Renal, Inc.) ("DVA") and Adele M. Curtis ("Curtis") (collectively referred to as "Defendants"), hereby file this Notice of Removal to remove the captioned action from the General Court of Justice, Superior Court Division, Wake County, North Carolina, Case No. 23-CVS-000818, to the United States District Court for the Eastern District of North Carolina, Western Division, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446. This action is being removed to Federal Court based on federal question jurisdiction.

In support of its Notice of Removal, Defendants state as follows:

1. This action is being removed to Federal Court based on federal question jurisdiction, pursuant to 28 U.S.C. § 1331, in that the action arises under the laws of the United States, namely Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et. seq. "Title VII."

2. On or about January 18, 2023, Plaintiff filed this civil action in the General Court of Justice, Superior Court Division, Wake County, North Carolina Case No. 23-CVS-000818 (the "State Action.") Wake County is within the District of this Court.

3. On January 18, 2023, Plaintiff issued a Civil Summons to be served with the Complaint.

4. Plaintiff served a copy of the Summons and Complaint on Defendant Curtis on or about January 20, 2023.

5. Plaintiff served a copy of the Summons and Complaint on Defendant DVA on or about February 7, 2023.

6. A copy of the Summons and Complaint served on Defendants in the State Court Action is attached hereto as **Exhibit A** pursuant to 28 U.S.C. § 1446(a).

7. All Defendants consent to this removal.

8. This Notice of Removal is timely filed within thirty (30) days of the earliest date of service of the Complaint on Defendant Curtis. Accordingly, this Notice is timely filed pursuant to 28 U.S.C. § 1446(b).

9. Pursuant to 28 U.S.C. § 1331, this Court has jurisdiction over this action based on federal question jurisdiction in that this action purportedly arises under the laws of the United States, namely the Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et. seq., "Title VII". Therefore, this action is suitable for removal under 28 U.S.C. § 1441.

10. Plaintiff also purports to allege state law claims against Defendant connected by the same chain of events from which Plaintiff's federal claims arise. Specifically, Plaintiff alleges defamation and wrongful termination against Defendant. These state law claims are so related to Plaintiff's federal claims "that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a). As such, the Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) of the state law causes of action brought by Plaintiff in this lawsuit.

11. No further pleadings have occurred in the State Action. Defendants have not served any answer or other responsive pleading to the Summons and Complaint, nor made any appearance, argument, or request for relief before the General Court of Justice, Superior Court for Wake County, North Carolina ("Superior Court").

12. Pursuant to 28 U.S.C. § 1446(d), contemporaneously with the filing of this Notice of Removal, the Defendant is submitting for filing with the Superior Court of Wake County the Notice of Filing of Notice of Removal that is attached hereto as **Exhibit B**. In addition, on this 17th day of February, 2023, Defendant is serving a copy of this Notice of Removal on Plaintiff via United States Mail, first-class postage prepaid.

13. Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has claims upon which relief can be granted.

**WHEREFORE**, Defendants having shown that the State Court Action is properly removable under federal question jurisdiction, respectfully request the Court to exercise its jurisdiction over the State Court Action.

Respectfully submitted, this the 17th day of February, 2023.

JACKSON LEWIS P.C.

BY:  /s/ *Jeremy D. Locklear*
JEREMY D. LOCKLEAR
N.C. State Bar No. 50842
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Jeremy.Locklear@jacksonlewis.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:23-cv-00084

| | |
|---|---|
| YVETTE M. WHITLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| DVA HEALTHCARE RENAL INC.; and ) | |
| ADELE M. CURTIS, ) | |
| ) | |
| Defendants. ) | |

The undersigned certifies that on February 17, 2023, the foregoing *Notice of Removal* was filed electronically and served on all parties through their counsel via first-class mail, postage prepaid and properly addressed as follows:

Yvette M. Whitley
4524 Colscott Place
Garner, NC 27529
whitleyy@icloud.com

**JACKSON LEWIS P.C.**

BY: /s/ *Jeremy D. Locklear*
JEREMY D. LOCKLEAR
N. C. State Bar No. 50842
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Jeremy.Locklear@jacksonlewis.com
*Attorneys for Defendants*

4881-3355-1440, v. 1