UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| YVETTE M. WHITLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| DVA HEALTHCARE RENAL, INC. and | ) | 5:23-CV-84-BO-RN |
| ADELE M. CURTIS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** defendants ' motion to dismiss [DE 11] is GRANTED. Plaintiffs complaint is DISMISSED in its entirety as untimely. Plaintiffs motion to allow audio evidence [DE 21 ] is DENIED as moot

This case is closed.

**This judgment filed and entered on March 26, 2024, and served on:**
Yvette M. Whitley (via US Mail to 4524 Clolscott Place, Garner, N.C. 27529)
Janean B. Dunn (via CM/ECF NEF)
Jason Federmack (via CM/ECF NEF)

March 26, 2024

PETER A. MOORE, JR., CLERK

/s/ Lindsay Stouch
By: Deputy Clerk